1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9
10   DONELL K. GUIDRY,                        Case No. 18-cv-00640-HSG (PR)
11                  Petitioner,
12          v.                               **ORDER REOPENING ACTION;
                                             ORDER REGARDING INCOMPLETE
13   UNITED STATES OF AMERICA,                PETITION**
14                  Respondent.
15

16          This federal habeas corpus action was dismissed because petitioner failed to file an

17   application to proceed in forma pauperis ("IFP") or pay the filing fee by the deadline.  Petitioner

18   since has paid the filing fee.  The action is REOPENED.  The Clerk is directed to modify the

19   docket accordingly.  The order of dismissal and the judgment are VACATED.  (Dkt. Nos. 10 and

20   11.)

21          However, the petition (Dkt. No. 5) is incomplete.  Petitioner failed to list his name and to

22   identify the respondent in the caption on the first page of the court's form habeas petition.

23   Petitioner failed to identify whether he had an arraignment or preliminary hearing on page two of

24   the form.  Finally, petitioner failed to state any grounds for relief as directed on page five of the

25   form.

26          Accordingly, petitioner is GRANTED **twenty-eight (28) days** from the date of this order

27   to amend the petition to provide the missing information.  The amendment must include the civil

28   case number used in this order (18-0640 HSG (PR)) and the words AMENDED PETITION on the

first page. **Failure to amend within the designated time will result in the dismissal of the action.**

The Clerk shall send petitioner a blank habeas corpus form along with his copy of this order.

**IT IS SO ORDERED.**

Dated: 8/29/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge