UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL K. GUIDRY,<br>           Petitioner,<br>   v.<br>UNITED STATES OF AMERICA,<br>           Respondent. | Case No. 18-cv-00640-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

On January 30, 2018, petitioner filed a *pro se* petition for habeas corpus. On March 29, 2018, the Court dismissed the action after petitioner failed to complete an *in forma pauperis* application or pay the $5.00 filing fee. On August 29, 2018, after petitioner paid the filing fee, the Court reopened the action and directed petitioner to file an amended petition providing required information that was missing from the original petition. On September 17, 2018, the Court's August 29, 2018 order was returned as undeliverable with a notation that petitioner was not in custody. Dkt. No. 14. As of the date of this order, petitioner has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail addressed to petitioner was returned as undeliverable. The Court has not received a notice from petitioner of a new address.

Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge